# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Curtis Dwight Jochim, | ) | |
| | ) | Case No.: 1:12-cr-142 |
| Defendant. | ) | |

The court convened a hearing on a petition for action on defendant's conditions pretrial release. AUSA Gary Delorme appeared on the Government's behalf. Assistant Federal Public Defender Heather Mitchell appeared on defendant's behalf.

At the outset of the hearing, the Government recommended that the cout revoke defendant's pretrial release and detain him pending trial. The court takes the Government's recommendation under advisement and, pending its decision, **ORDERS** that defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 30th day of November, 2012.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr.
                                              United States Magistrate Judge